**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **CLAUDE BOUDREAUX, ET AL.** | **CASE NO. 6:65-CV-11351** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SCHOOL BOARD OF ST MARY PARISH, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

### ORDER

For the reasons provided in the Memorandum Ruling issued this date,

IT IS HEREBY ORDERED that the Motion to Dismiss as Moot for Lack of Subject Matter Jurisdiction [Doc. No. 17] is DENIED.

IT IS FURTHER ORDERED that the Motion to Substitute Named Plaintiffs [Doc. No. 26] is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court re-designate the United States as "Amicus Curiae," rather than "Intervenor Plaintiff."

SIGNED this 18th day of September, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE