UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CLAUDE BOUDREAUX, ET AL.** | **CASE NO. 6:65-CV-11351** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SCHOOL BOARD OF ST MARY PARISH, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

## ORDER

For the reasons set forth in the Ruling issued this date,

IT IS HEREBY ORDERED that the Motion for Class Recertification [ECF No. 39] is GRANTED, and the following class for injunctive relief pursuant to Fed. R. Civ. P. 23(b)(2) is certified:

> (1) All Black students currently enrolled or who will in the future enroll in schools operated by the St. Mary Parish School Board; (2) all Black students who previously attended the foregoing schools and would remain eligible to attend such schools, but for the fact they were expelled from such schools due to discriminatory policies of the St. Mary Parish School Board; and (3) the custodial biological or custodial adoptive parents of the foregoing students.

The class claim is for the violation of the class members' rights under the Equal Protection clause of the Fourteenth Amendment to the United States Constitution.

THUS DONE in Chambers on this 8th day of September, 2020.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE