**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

| | |
|---|---|
| CLAUDE BOUDREAUX, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> SCHOOL BOARD OF ST. MARY PARISH, *et al.*, <br><br> Defendants. | Civil Action No. 6:65-cv-11351 <br><br> JUDGE ROBERT R. SUMMERHAYS <br><br> MAGISTRATE JUDGE CAROL B. WHITEHURST |

**LOUISIANA'S MOTION FOR LEAVE TO PARTICIPATE
AS *AMICUS CURIAE***

The State of Louisiana moves for leave to participate as *amicus curiae* to the same extent as the *Amicus Curiae* United States. As explained in the accompanying memorandum, Louisiana as a State has a sovereign interest in this case brought in *federal* court against *Louisiana*'s school board to desegregate *Louisiana*'s school district. As in all school desegregation cases, the existence of this case eviscerates Louisiana's entire body of law that otherwise would govern, and every remedy granted against the School Board effectively enjoins the State. If the Court retains jurisdiction after remedying the liability, it imposes unconstitutional restrictions on Louisiana and violates federalism.

This Court should allow Louisiana to join the United States as *amicus curiae* in this case to benefit from Louisiana's unique perspective and information as the sovereign authority over the School Board and dual sovereign with the United States—relationships that only Louisiana possesses—and to avoid exacerbating the

already-present risks to federalism. This motion is made on the grounds specified in this motion, the accompanying memorandum, all matters of which this Court may take judicial notice, and any oral or documentary evidence that may be presented to the Court at or before a hearing on this motion.

Dated April 5, 2022                                     Respectfully submitted,

                                                JEFF LANDRY
                                                ATTORNEY GENERAL

*/s/ Elizabeth B. Murrill*
Elizabeth B. Murrill, T.A. (LSB 20685)
  Solicitor General
Morgan Brungard*
  Assistant Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
ATTORNEY GENERAL'S OFFICE
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 326-6766
Murrille@ag.louisiana.gov

*Counsel for the State of Louisiana*

*Pro Hac Vice forthcoming

## CERTIFICATE OF CONSENT

Counsel for the State of Louisiana certifies that, prior to filing this motion, they attempted to obtain consent from all parties having an interest to oppose. *See* L.R. 7.4.1. The School Board consented. Plaintiffs did not. The *Amicus Curiae* United States took no position on the motion's filing but reserved the right to take a position on the motion's merits.