UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CLAUDE BOUDREAUX, ET AL.** | **CASE NO. 6:65-CV-11351** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SCHOOL BOARD OF ST. MARY PARISH, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

# ORDER

Before the Court is a Motion for Clarification filed by the School Board of St. Mary Parish ("the Board"). [ECF No. 272]. The motion is GRANTED, and the Court clarifies its prior Ruling as follows:

At the January 16, 2025 hearing, the Court denied the Board's "Motion to Strike or Dismiss the Motion for Further Relief" [ECF No. 256] in its entirety.

The discussion in the first full paragraph on p. 129 of the hearing transcript referenced by the Board was solely addressing a separate, pending motion to dismiss—*i.e.*, the Board's "Motion to Dismiss the Complaint and Dissolve the Injunction," ECF No. 226.[1] As discussed at the hearing, the Board's two most recent motions to dismiss [ECF Nos. 226 and 256] contain many of the same arguments.[2] The Court has not yet ruled on the earlier motion to dismiss—ECF No. 226. As the Court noted at the hearing, it will not revisit the class certification issues already decided by Judge James in his 2019 Ruling on the Board's first Motion to Dismiss.[3] However, because "there are other [additional] issues raised in that motion"—*i.e.*, the Board's pending Motion to Dismiss the

---

[1] *See* ECF No. 272-1 at 2. Likewise, the Court's statement that it "has to decide the motion to dismiss first," *id.* at 3 (citing ECF No. 271 at 125, line 20), was also addressing the pending Motion to Dismiss Complaint and Dissolve Injunction.
[2] *See e.g.* ECF No. 271 at 83; *see also* ECF No. 227 at 44-63, 70, 94-95.
[3] ECF No. 271 at 128 (referencing ECF No. 36, *published at Boudreaux v. Sch. Bd. of St. Mary Par.*, 405 F.Supp.3d 652, 654 (W.D. La. 2019)).

Complaint and Dissolve the Injunction, ECF No. 226—the Court indicated that it would issue a Ruling on this motion at its earliest opportunity.

THUS DONE in Chambers on this 13th day of February, 2025.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE