**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| CLAUDE BOUDREAUX, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SCHOOL BOARD OF ST. MARY PARISH, *et al.*,<br><br>Defendants. | Civil Action No. 6:65-cv-11351<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

**UNITED STATES' MOTION TO TERMINATE ITS AMICUS PARTICIPATION AND WITHDRAW ITS ENROLLED COUNSEL**

For the reasons set forth in the attached memorandum, the United States moves the Court to terminate its *amicus curiae* participation in this case, remove its designation on the docket as "amicus," and grant it permission to withdraw its enrolled counsel. The plaintiffs do not oppose the United States' motion. Defendants do not object to the motion. A proposed order granting the United States' Motion is attached.

Respectfully Submitted,

ZACHARY A. KELLER
United States Attorney

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JOHN MERTENS,
Acting Chief

/s/ Karen J. King
KAREN J. KING (#23508)
Assistant United States Attorney
800 Lafayette St., Suite 2200
Lafayette, LA 70501
337-362-6618

/s/ James Eichner
JAMES EICHNER
Trial Attorney
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice

karen.king@usdoj.gov

4 Constitution Square
150 M St., N.E.
Washington, DC 20002
202-514-0462
james.eichner@usdoj.gov
crtedu.filings@usdoj.gov