**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| CLAUDE BOUDREAUX, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SCHOOL BOARD OF ST. MARY PARISH, *et al.*,<br><br>Defendants. | Civil Action No. 6:65-cv-11351<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

**ORDER TO TERMINATE THE UNITED STATES' AMICUS PARTICIPATION AND WITHDRAW ITS ENROLLED COUNSEL**

Considering the foregoing Motion of the United States to Terminate its Amicus Participation and Withdraw its Enrolled Counsel,

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove the United States' designation as "amicus" from the docket.

**IT IS FURTHER ORDERED** that the United States' participation in this case as *amicus curiae* is terminated.

**IT IS FURTHER ORDERED** that the appearances of Karen J. King and James Eichner as enrolled counsel for the United States of America in the above-captioned matter are withdrawn.

Lafayette, Louisiana, this 7th day of May, 2026.

**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**